UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**KARAMJEET S. PAUL**
       **Petitioner**

**CIVIL ACTION**

    V.

**NO. 04-40037-RCL**

**DAVID L. WINN**
       **Respondent**

**O R D E R**

**LINDSAY, D. J.**

    Pursuant to Rule 4(b) of the Rules Governing Section 2241 cases, the Clerk of this Court is hereby ordered to serve a copy of the Petition upon the office of the United States Attorney General, the United States Attorney and the office of Immigration and Naturalization .

    It is further ordered that the Respondent shall, within 60 days of receipt of this Order, file an answer or other responsive pleading.

 3/17/04                                                   /s/Reginald C. Lindsay
       **Date**                                                 **United States District Judge**

**(2241serv.ord - 09/96)** **[2255serv.]**