May 6, 2004

Clerk of the Court
United States District Court
District of Massachusetts
1 Courthouse Way
Boston, MA 02210

RE:      Karamjeet S. PAUL v. David L. WINN
           Civil Action No. 04-40037-RCL

Dear Sir/Madam:

    I understand from Judge Lindsay's clerk that the petition mentioned above is still awaiting service upon the office of the United States Attorney and the Respondent as ordered by Judge Lindsay on March 17, 2004.

    I respectfully request that the service be made immediately because I am also informed that the action on the pending Motion For Modification of Order Dated 3/17/04 And For Other Relief has not been presented to the judge because of the lack of service. Further, immediate service of the Petition is appropriate because the issue raised has a relative short time frame before problems of mootness and diminishment of the effectiveness of the relief sought may arise.

    Thank you for your prompt attention on this matter.

                                                   Sincerely,

                                                   KSPaul

                                                   KARAMJEET S. PAUL, Pro Se
                                                 38516-060  Unit I
                                                 Federal Medical Center Devens
                                                 P.O. Box 879
                                                 Ayer, MA 01432

cc:  Pro Se Clerk
     Clerk to the Hon. Reginald C. Lindsay