FILED
UNITED STATES DISTRICT COURT CLERKS OFFICE
DISTRICT OF MASSACHUSETTS

2004 MAY 24  P 2: 47

U.S. DISTRICT COURT
DISTRICT OF MASS.

KARAMJEET S. PAUL,

 Petitioner,

v.

DAVID L. WINN, Warden, Federal Medical Center, Devens,

 Respondent.

Civil Action No. 04-CV-40037-RCL

## DEFENDANT'S MOTION TO DISMISS

Petitioner, Karamjeet S. Paul ("Petitioner" or "Paul"), an inmate at Federal Medical Center Devens ("FMC Devens"), brought this action challenging the legality of a new policy of the Bureau of Prisons ("BOP") regarding eligibility for placement in Community Corrections Centers ("CCC") at the end of a prisoner's sentence. For the reasons explained in the accompanying Memorandum In Support, the Complaint fails to state a claim upon which relief can be granted and therefore should be dismissed.

N:\AGiedt\a-doj-a-cases\paul\us-mtd-5-24-04-f.wpd

Respectfully submitted,

For the Respondent
DAVID L. WINN

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Anton P. Giedt  5/24/04
Anton P. Giedt
Assistant U.S. Attorney
1 Courthouse Way
Boston, MA 02210
617-748-3309 (Voice)
617-748-3971 (Fax)
anton.giedt@usdoj.gov
BBO No.: 563928

---

**LOCAL RULE 7.1(A)(2) CERTIFICATE**

I, Anton P. Giedt, Assistant U.S. Attorney, respectfully request leave from compliance with Local Rule 7.1(A)(2) as Petitioner is incarcerated, acting *pro se*, and is not represented by counsel.

/s/ Anton P. Giedt  5/24/04
Anton P. Giedt
Assistant U.S. Attorney

---

**CERTIFICATE OF SERVICE**

Suffolk, ss.                                                                 Boston, Massachusetts
                                                                             DATE: 5/24/04

I, Anton P. Giedt, Assistant U.S. Attorney, do hereby certify that I have this day served a copy of the foregoing upon the Petitioner by First Class Mail.

/s/ Anton P. Giedt
Anton P. Giedt
Assistant U.S. Attorney

---

**PETITIONER:**
Karamjeet S. Paul
Prisoner Mail
38516-060 Unit I
Federal Medical Center Devens
P.O. Box 879
Ayer, MA 01432

**AGENCY COUNSEL:**
Patrick Ward
Federal Medical Center Devens
Box 880
Ayer, MA 01432

N:\AGiedt\a-doj-a-cases\paul\us-mtd-5-24-04-f.wpd    2