June 22, 2004

Don Stanhope
Docket Clerk to Judge Lindsay
United States District Court
District of Massachusetts
1 Courthouse Way
Boston MA  02210

RE:         PAUL v WINN
            Civil Action No. 04-40037-RCL

Dear Mr Stanhope:

I am in receipt of Notice of Electronic Filing dated 6/21/04.

I request that there be added after the line stating "The following document(s) are associated with this transaction": Petitioner's Opposition And Memorandum In Opposition To Government's Motion to Dismiss And to Memorandum In Support of Government's Motion to Dismiss filed on 6/10/04.

This document should be before magistrate Judge Cohen when he considers the Motion to Dismiss filed by David L Winn.

I also suggest that "Petitioner's Motion To Treat Respondent's Motion To Dismiss, Asserting F.R. Civ P Rule 12(b)(6), As One For Summary

-1-

Judgment And To Take The Petitioner's Opposition As a Claimant's Motion For Summary Judgment Under Rule 56(a)," also filed on 6/10/04, may be added.

Thank you for your attention.

Sincerely,

KJPaul

KARAMJEET S. PAUL,
Pro Se
38516-060   Unit I
Federal Medical Center,
Devens
P.O. Box 879
Ayer MA 01432

cc: Anton P Giedt
    Assistant U.S. Attorney

-2-