July 2, 2004

Clerk to Judge Reginald C. Lindsay
United States District Court
District of Massachusetts
1 Courthouse Way
Boston, MA  02210

RE:      PAUL v. WINN
         Civil Action No. 04-40037-RCL

Dear Sir/Madam:

On June 10, 2004, I filed a Petitioner's Motion To Treat Respondent's Motion To Dismiss, Asserting F.R.Civ.P. Rule 12(b)(6), As One For Summary Judgment And To Take The Petitioner's Opposition As A Claimant's Motion For Summary Judgment Under Rule 56(a) in the above-referenced case. It has been 21 days since the motion was filed and a copy was served upon the Assistant United States Attorney. To date the Respondent has not replied to the motion, and neither party has requested a hearing.

I, therefore, request the Court to consider my motion and issue a decision.

Thank you.

Sincerely,

(s) Paul

KARAMJEET S. PAUL, Pro Se
38516-060   Unit I
Federal Medical Center, Devens
P.O. Box 879
Ayer, MA  01432

cc:  Anton P. Giedt
     Assistant U.S. Attorney