August 17, 2004

Law Clerk to Judge Reginald C. Lindsay
United States District Court
District of Massachusetts
1 Courthouse Way
Boston, MA 02210

RE:  PAUL v. WINN
     Civil Action No. 04-40037-RCL

Dear Sir/Madam:

Following a report (Docket item No. 14) from Magistrate Cohen, the Petitioner has filed Objections to the Magistrate's Report (Docket item No. 15). Twelve days have passed since the Objection was filed with the Court and served on the U.S. Attorney's office on 8/5/04. (As per F.R.Civ.P. Rule 72(b), the Respondent had 10 days to respond to the Petitioner's Objections.) Therefore, I request the Court to review the Petitioner's Objections and consider and grant the Motion For A Temporary Restraining Order And A Preliminary Injunction (Docket item No. 13) immediately due to the <u>exigent circumstances</u> outlined in the Motion For TRO, as the potential benefit of any relief is diminishing each day and, unless granted soon, may become moot.

Your assistance in presenting this request to Judge Lindsay to resolve my habeas corpus action promptly will be enormously helpful. Thank you.

Sincerely,

KARAMJEET S. PAUL, Pro Se
38516-060   Unit I
Federal Medical Center, Devens
P.O. Box 879
Ayer, MA 01432

cc: Anton P. Giedt
    Assistant U.S. Attorney