UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KARAMJEET S. PAUL,<br><br>    Petitioner,<br><br>    v.<br><br>DAVID L. WINN, Warden, Federal Medical Center, Devens,<br><br>    Respondent. | **Civil Action No. 04-CV-40037-RCL** |

**RESPONDENT'S NOTICE OF ACTION
REGARDING THE COURT'S ORDER OF SEPTEMBER 29, 2004**

    This Notice serves to inform the Court that the Petitioner, Karamjeet S. Paul, Reg. No. 38516-060, has been reconsidered for community corrections center ("CCC") placement pursuant to this Court's Order of September 29, 2004. Petitioner now has a new CCC placement date of October 19, 2004.

    Petitioner already had an approved placement to the Watkins House CCC in Hartford, CT for December 14, 2004, however, after reconsideration by the Respondent, a new CCC referral recommendation was submitted. Based upon this reconsideration, the new placement date of October 19, 2004 has been approved for the Watkins House CCC. This extends the original placement by nearly 2 extra months and results in a CCC placement of 116 days.

                                                  Respectfully submitted,

                                                  For the Respondent
                                                  DAVID L. WINN

                                                  MICHAEL J. SULLIVAN
                                                  United States Attorney


                                    By:    /s/ Anton P. Giedt
                                                  Anton P. Giedt
                                                  Assistant U.S. Attorney
                                                  1 Courthouse Way
                                                  Boston, MA 02210
                                                  617-748-3309 (Voice)
                                                  617-748-3971 (Fax)
                                                  anton.giedt@usdoj.gov
DATED: October 4, 2004                           BBO No.:  563928

---

**CERTIFICATE OF SERVICE**

Suffolk, ss.                                                                                    Boston, Massachusetts
                                                                                                  DATE: October 4, 2004

   I, Anton P. Giedt, Assistant U.S. Attorney, do hereby certify that I have this day served a copy of the foregoing upon the Petitioner by First Class Mail.

                                                                                         /s/ Anton P. Giedt
                                                                                        Anton P. Giedt
                                                                                        Assistant U.S. Attorney

| PETITIONER: | AGENCY COUNSEL: |
|---|---|
| Karamjeet S. Paul | Patrick Ward |
| Prisoner Mail | Federal Medical Center Devens |
| 38516-060 Unit I | Box 880 |
| Federal Medical Center Devens | Ayer, MA 01432 |
| P.O. Box 879 | |
| Ayer, MA 01432 | |