UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS


**KARAMJEET S. PAUL**

V.                                              CIVIL ACTION NO. 04-40037-RCL

**DAVID L. WINN**


### ORDER DISMISSING CASE

LINDSAY, D.J.

    The Court hereby DISMISSES the above-entitled action as MOOT.


December 22, 2004                               /s/ Lisa M. Hourihan
                                                --------------------------
                                                Deputy Clerk